IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RUFUS WEST
a/k/a MANSA LUTALO IYAPO,

                                              JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                              11-cv-687-slc

v.

GREGORY GRAMS, MIKE MEISNER,
MARDEL PETRAS, RICK RAEMISCH,
GARY HAMBLIN, LEO CAMPBELL,
MARK TESLIK, WILLIAM GROSSHANS,
MELISSA SCHUELER, DAVID LIPINSKI and
RICK BENNETT,

    Defendants.

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff's motion for preliminary injunctive relief.

*Peter Oppeneer*                                       MAR 27 2013

Peter Oppeneer, Clerk of Court                       Date