IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RUFUS WEST, a/k/a MANSA LUTALO IYAPO,

    Plaintiff,    JUDGMENT IN A CIVIL CASE

v.    11-cv-687-slc

GREGORY GRAMS, MIKE MEISNER,
MARDEL PETRAS, RICK RAEMISCH, GARY
HAMBLIN, LEO CAMPBELL, MARK TESLIK,
JOHN DOE DAI ADMINISTRATORS,
WILLIAM GROSSHANS,
MELISSA SCHUELER, DAVID LIPINSKI and
GLENN BENNETT,

    Defendants.

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motion for summary judgment and dismissing this case.

| /s/ | 11/8/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |