IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RUFUS WEST, a/k/a MANSA LUTALO IYAPO,

    Plaintiff,

v.

GREGORY GRAMS, MIKE MEISNER,
MARDEL PETRAS, RICK RAEMISCH, GARY
HAMBLIN, LEO CAMPBELL, MARK TESLIK,
JOHN DOE DAI ADMINISTRATORS,
WILLIAM GROSSHANS, MELISSA
SCHUELER, DAVID LIPINSKI and GLENN
BENNETT,

    Defendants.

AMENDED
JUDGMENT IN A CIVIL CASE

11-cv-687-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting in part their motion for summary judgment, except as to plaintiff's Religious Land Use and Institutionalized Persons Act claims for injunctive relief, which are dismissed as moot.

| /s/ | 6/16/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |