United States District Court Western District of Wisconsin

Rufus West a/k/a Mansa Lutalo Iyapo,
Plaintiff

DOC NO
REC'D/FILED
2014 DEC -1 AM 10: 24
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

v.

Gregory Grams, Mike Meisner, Mardel Petras, Rick Raemisch, Gary Hamblin, Chaplain Campbell, Chaplain Tesky, Mark H, John Doe DAI Administrators, William Grosshans, Melissa Schueler, David Defendants Lipinski and Glen Bennett

Case No. 11-CV-687

## Plaintiff's Notice of Appeal

Notice is hereby given that Rufus West aka Mansa Lutalo Iyapo, plaintiff, in the above-named case hereby appeal to the United States Court of Appeals for the Seventh Circuit Court of Appeals from the orders dated November 8, 2013, dismissing his case; and November 3, 2014, denying his reconsideration motion regarding his case against prison officials for violating his statutory and constitutional rights related to his religion and right to be free from retaliation for exercising his constitutional rights.

Dated this 26th day of November, 2014

Rufus West

a/k/a Mansa Lutalo Iyapo

Mansa Lutalo Iyapo

P.O. Box 19033 (GBCI)
Green Bay, WI 54307